IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID HOLLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-0781 |
| ) | Judge Trauger |
| YELLOW TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 22) is **GRANTED** and this case is hereby **DISMISSED.** Entry of this Order shall constitute the judgment in this case.

It is so ordered.

Enter this 3rd day of September 2009.

                                         _____
                                         ALETA A. TRAUGER
                                         United States District Judge